# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MACHELLE LESLIE, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION 16-00375-KD-N |
| | : | |
| UNIVERSITY OF SOUTH ALABAMA, *et al.*,: | | |
| Defendants. | : | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 15, 2017, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure due to Plaintiff's failure to comply with the Court's Orders and to prosecute this action, as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **6**$^{th}$ day of **April 2017.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**